**From,**

Hari Prasad Kalakonda
Latha Kalakonda
5002, Newcastle Ln,
San Antonio, Texas – 78249
Tel: 210 687 4988
email: smfoodmart@yahoo.com

Date: June 8th 2015
FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/8/2015 3:38:18 PM
KEITH E. HOTTLE
Clerk

**To**

Mr. Keith E. Hottle
Clerk of Fourth Court of Appeals
Cadena-Reeves Justice Center
300, Dolorosa, Ste. 3200
San Antonio, TX - 78205

Ref:   1. Cause No: 04-15-00340-CV, *Hari Prasad Kalakonda and Latha Kalakonda v. Aspri Investments,*
        2. Cause No: 04-15-00114-CV, *Hari Prasad Kalakonda and Latha Kalakonda v. Aspri Investments,*
        3. Appeals court order dated June 3rd 2015 for cause no. 04-15-00114-CV.

Dear Mr. Hottle,

Pursuant to court order 3rd cited above, appellants respectfully submit the following facts as proof of completion of the orders of the court contemporaneously with this letter.

1) Amended notice of appeal has been filed.

2) A docketing statement has been filed.

3) An appellate fee of $195.00 has been paid.

---

4) The court also ordered that the appellants request reporters and clerk record. The appellants have already requested all the reporters' records (vide our letter dated 5/7/2015) which have already been submitted to the court towards appeals cause no: 04-15-00114-CV. The clerk's record (requested vide our letter dated 5/12/2015) may arrive at any moment(if not already arrived) as all the arrangements have already been made.

In this regard, we respectfully request you to copy all the record, including the one that belonged to appeals cause no: 04-15-00114-CV into present appeals cause no: 04-15-00340-CV and vice versa so that both appeals are in sync with each other both clerk's and reporters record wise.

Sincerely,

/sd/ Latha Kalakonda
Hari Prasad Kalakonda
Latha Kalakonda

## CERTIFICATE OF SERVICE

We certify that on June 8th, 2015, a true and correct copy of the foregoing letter was served on the following counsel of record via Eservice.

Mr. Frederick L. Fuhr,
The Fuhr Law Firm
107 Landing Blvd., Suite F
League City, Texas 77573

Mr. Eric Lipper
Hirsch & Westheimer PC
1415 Louisiana, 36th Floor
Houston, Texas 77002

/sd/ Latha Kalakonda
Appellants
Hari Prasad Kalakonda   and
Latha Kalakonda